**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 95-7795**

―――――――――

TERENCE KENNETH O'NEAL,

Plaintiff - Appellant,

versus

T. E. MERKEL; NURSE CASHWELL; NURSE ALLEN;
NURSE DAVIS; MR. CONN,

Defendants - Appellees,

and

FRANKLIN E. FREEMAN, JR.; GARY DIXON; DOCTOR
LOWY; DOCTOR SHAW; DOCTOR CASTALLOE; HARRY
ALLSBROOK; MR. CHERRY,

Defendants.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-94-476-5-CT-H)

―――――――――

Submitted: October 31, 1996      Decided: November 18, 1996

―――――――――

Before WILLIAMS and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Terence Kenneth O'Neal, Appellant Pro Se. Mark John Pletzke, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. O'Neal v. Merkel, No. CA-94-476-5-CT-H (E.D.N.C. Sept. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED